NO. 22109

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

Electronically Filed
Supreme Court
22109
07-OCT-2010
02:25 PM

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

GARY A. MODAFFERI, Respondent.

---

In re Application for Reinstatement of GARY A. MODAFFERI, Applicant.

---

(ODC 98-235-5726)

ORDER OF REINSTATEMENT
(By: Recktenwald, C.J., Nakayama, Acoba and Duffy, JJ., and Circuit Judge Chang, assigned by reason of vacancy)

Upon consideration of the record and the Disciplinary Board's Report and Recommendation for the Reinstatement of Gary A. Modafferi to the Practice of Law, it appears that Petitioner Modafferi has proven, by clear and convincing evidence, rehabilitation, fitness to practice law, competence, compliance with applicable disciplinary orders and rules, and compliance with all requirements imposed by this court, as required by Rule 2.17(b) of the Rules of the Supreme Court of the State of Hawai'i. Therefore,

IT IS HEREBY ORDERED that Petitioner Modafferi is reinstated to the practice of law in this jurisdiction.

IT IS FURTHER ORDERED that upon payment of all required dues and registration fees, the Clerk shall restore Petitioner Modafferi to the roll of attorneys eligible to practice in the State of Hawai'i.

DATED: Honolulu, Hawai'i, October 7, 2010.

Paula A. Nakayama

James E. Duffy, Jr.

Gary WB Chang